# First District Court of Appeal
## State of Florida

———————————————————

No. 1D17-4906

———————————————————

David W. Palmer, II,

Appellant,

v.

Washington County, Florida,
a political subdivision of the
State of Florida,

Appellee.

———————————————————

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

April 18, 2018

Per Curiam.

Affirmed.

Wolf, Roberts, and Wetherell, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

David W. Palmer, II, pro se, Appellant.

H. Matthew Fuqua, Marianna; Jeffrey S. Carter of Barron & Redding, P.A., Panama City, for Appellee.